# UNITED STATES DISTRICT COURT
for the
_____ District of _____

**FILED**
**Jun 07, 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | )  |
|---|---|
| v. | ) |
|  | ) Case No.  1:21-mj-00059-SKO |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the
_____ District of _____ , the defendant(s) violated:

*Code Section*                               *Offense Description*

This criminal complaint is based on these facts:

❐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me under F.R.Cr.P. 4.1 by telephone.

Date: June 7, 2021

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST**
<u>**Christopher Jose CONTRERAS**</u>

I, Kristin Berggren, being duly sworn, state as follows:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement, Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Fresno, California (HSI Fresno). I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). I have been employed as an HSI Special Agent (SA) for over thirteen years. I am a graduate of the Federal Law Enforcement Training Center (FLETC), Criminal Investigator and Immigration and Customs Enforcement Special Agent Training Programs. In addition to my training at FLETC, I have a Bachelor's Degree in Psychology and a Masters of Science Degree in Criminal Justice. As part of my daily duties as an HSI special agent, I investigate offenses related to the online coercion and enticement of minors to engage in illegal sex acts. I have received training related to sexual exploitation of minors/child exploitation

1

and child pornography statutes. I have participated in multiple cases involving unlawful possession, receipt, and distribution of child pornography. I am currently a member of the Central Valley Internet Crimes Against Children (ICAC) task force and have participated in the service of dozens of state and federal search warrants relating to the internet, including the receipt, distribution, and possession of child pornography.

2. This affidavit supports a criminal complaint against Christopher Jose CONTRERAS for violating 18 U.S.C. § 2422(b), Attempted Online Coercion and Enticement of a Minor to Engage in Illegal Sexual Conduct.

3. The information contained in this affidavit is based upon my personal observations, training and experience, and where noted, information related to me by other law enforcement officers and/or agents.

4. On July 22, 2020, I was participating in an undercover online investigation on the social media platform Skout from the HSI office in Fresno, California.

5. Skout is a location-based social networking and dating application and website. Skout uses a cellphone's global positioning system to help users locate other users within a general radius of one another. Skout does not identify a user's precise location, and users can choose to

opt out of the location-tracking features of the app. While searching for people, users can view the profile and recent activities of other people that they find interesting. The application also allows users to instant message or send virtual gifts to one another.

6.   I used an undercover Skout account which included the name "Morgan B" and a profile picture that showed a female face with bear ears and glasses.  The picture of the female is of an undercover officer with photo filters applied (bear ears and glasses).

7.   On July 22, 2020, I was on Skout as "Morgan B" and connected with a user from Fresno.  The Fresno user's Skout account did not include a picture, just a black circle.  Immediately the Fresno user asked if "Morgan" had a Snapchat account and sent his Snapchat account information.  I then used a Snapchat account set up for "Morgan B" and sent a message to the Fresno user's Snapchat account.  The name on the Snapchat account was Chris Contreras.  Chris asked "Morgan", "Can I get a pic sexy". I told Chris that Morgan did not want to send a picture, and Chris responded that I did not have to send a picture if it bothered me.  At approximately 12:20pm, Chris sent two "selfies."  The selfies are of a Hispanic male with short black hair who appears to be in his early or mid-

3

twenties. I sent Chris a selfie picture of "Morgan" that showed a female face with glasses and bear ears. Chris responded that "I can't really see your face I can't get one more?" And "Ill show you my cock if you wanna see it". I responded with "Don't be mad but I'm only 13, I lied to get on Skout. Don't report me". Chris then asked: "Ok than why are you on there?". I responded with "Just to meet people and chill". Chris then asked: "Oh that's cool could I get a pic". I responded with "Your pic?". Chris then sent "Morgan" a picture of a flaccid adult penis with "You like can I get one of you now. Or What". I responded with "Wow I've never seen one that big". Chris said: "I'm glad you like we should kick it sometime let me get a pic of you now". I responded with "maybe" to which Chris said "come on could I please get a pic. I'm not gonna snitch on you if you don't snitch on me for being 26". I responded with "What kind of pic do you want I don't snitch". Chris said, "Pic of your ass or tits and def one of your face" and "I got a new whip so I can give you rides and shit". I told Chris that Morgan was nervous about sending pictures and that it was hard to trust people. Chris asked "Morgan", "you down to suck dick" and later "Oh you should just let me fuck your face". I responded "Prob would not be any good" to which Chris said, "You'll get better if we hangout

4

a lot" and later "I just don't wanna get in trouble; I wanna fuck too". Chris also stated, "But I'm tryna eat that pussy ASAP what city you live in". I told Chris that Morgan lived in Fresno near the 99 freeway and that her mom works until 6. Chris told Morgan he was at work and asked what she was doing tomorrow. Chris said he would meet "Morgan" tomorrow and that he had some things to do". I told Chris, "Ok HMU tomorrow" and the conversation ended at approximately 3:12pm (PST) on July 22, 2020. I documented the conversation between "Morgan B" and Chris CONTRERAS by taking photographs of my undercover phone screen. The pictures were taken with my government-issued phone. The pictures were then downloaded onto a CD and retained as evidence.

8. On July 24, 2020, SA Monique Jacques took over the "Morgan B" profile on Skout. According to SA Jacques, on July 25, 2020 SA Jacques was on Skout and matched with "Derrel". According to SA Jacques, "Derrel's" Skout profile picture was just a black circle. According to SA Jacques, the chat went on throughout six days from July 25, 2020, until July 31, 2020. According to reports, the chat with "Derrel" began on Skout and included approximately twelve (12) messages before moving to text messages with phone number 559-726-0032 for approximately 684 messages.

5

The following is a synopsis of their chat.  "Derrel" told "Morgan" that his name was Craig and asked, "this is Morgan right from meet me" and "Morgan" responded "Skout". "Derrel/Craig" was later identified as Chris CONTRERAS and hereafter is referred to as Chris.  After chatting about his name, "Morgan" asked Chris "so u don't mind im young?, if u do I totally understand".  Chris responded, "I don't I'm 26".  "Morgan" said "im 13".  Chris then responded with "wanna see my cock".  Throughout their chats, Chris repeatedly asked "Morgan" to send him pictures.  For example, Chris sent "Morgan" a picture of an adult penis and said, "you like" and "you should let me put it on your face".  Chris then asked, "Can I eat your pussy let me see your pussy".  "Morgan" tells Chris that she is shy and does not want to send a picture.  Chris asks "Morgan" for a picture repeatedly (such as "I showed you my cock can I please get a pic" and "I showed you my cock come on I'll send more if you want; I just want one pic").  Chris then said to "Morgan", "Well I'm not gonna go see you in person until I know what you look like".  "Morgan" responded, "ur going to see me in person?" and "y do u want to see me". Chris said, "Because I wanna fuck".  SA Jacques as "Morgan" sent Chris a picture of an undercover (UC) officer posing as a minor that was taken for the operation.  The UC

6

officer was dressed in street clothes and was holding a Starbucks cup. Chris asked for more pictures and asked "Could I see your tits" and "Could I please see your pussy". At one point in the conversation Chris said, "Yes call me Chris and "its Derrell but I go by Chris". Chris sent a selfie of himself to "Morgan". The picture is of a Hispanic male with black hair in his early to mid-twenties and he is in what appears to be a delivery van (this is the same selfie that was sent to me (as Morgan when she was chatting with Chris Contreras on Snapchat on July 22, 2020). Chris asked again to meet "Morgan" and told her the sexual acts he wanted to do with "Morgan". When "Morgan" said she was worried about getting pregnant, Chris said "No I don't wannna get you pregnant I'll go to jail if I do that". He then asked, "Can you keep us a secret til than" (when she would be 18).

9. According to reports, on July 31, 2020, SA Jacques provided a location in Fresno for Chris to meet "Morgan". Law enforcement personnel had the location under surveillance. The following information was obtained from reports by SA Jacques and other investigators. Chris provided constant updates as he was driving and advised when he arrived and stated he was in a Dodge Challenger vehicle. Surveillance observed someone driving a dark grey

7

Dodge Challenger park near the meeting location. The Dodge Challenger was intercepted by police and the driver was identified as Christopher CONTRERAS (DOB: 03/24/1994). CONTRERAS matched the person in the selfie photos sent to the undercover "Morgan" account. CONTRERAS was in possession of an Apple iPhone when police encountered him. CONTRERAS was interviewed by Detectives Cassandra Stevens (Fresno PD) and Steven Souphasith (Fresno County Sheriff's Office) on the same day. The interview was audio recorded. CONTRERAS was advised of his Miranda rights and CONTRERAS admitted to sending photos of his face to the UC minor. CONTRERAS also admitted to sending two different pictures of a penis. CONTRERAS said he communicated with the UC minor using the fake names of "Derrel" and "Craig". CONTRERAS also admitted that the UC minor told him that she was 13. CONTRERAS was arrested on the same day and transported to the Fresno County Jail. CONTRERAS was charged with violating California Penal Code 288.2(a) (Distributing harmful matter to a minor) and 288.4(b) (Arranging a meeting with a minor for lewd purposes). Contreras was released from custody after he posted bail.

10. On October 13, 2020, Fresno Police Department (FPD) patrol officers responded to a call about a missing person at a juvenile group home. According to reports, the

8

group home staff told officers that a Confidential Victim (CV), who is a fifteen-year-old female, was picked up by a male in a gray Dodge with California license plate SGW412 that began with a 6 or an 8. FPD ran the license plate 8SGW412 and found the vehicle was registered to Christopher CONTRERAS. FPD contacted Detective Cassandra Stevens (FPD) due to her involvement in his prior arrest on July 31, 2020. Detective Stevens and other detectives with the Central California Internet Crimes Against Children (ICAC) Task Force responded to the confidential address to speak with the CV (the CV had returned to the address later the same day). According to the CV, she began chatting with CONTRERAS on MeetMe starting on October 5, 2020. CV said that they then moved to chatting via text messages. CV said that during the week of October 5, 2020, possibly on October 7, 2020, CONTRERAS picked up CV and drove her to his home where she engaged in sexual intercourse with CONTRERAS. Detective Stevens showed CV a photographic line up of eight images and CV identified "Chris" in the lineup as the subject she chatted with, met with, and had sexual intercourse with. CV told detectives that she made CONTREREAS aware that she had just turned 15 a few days prior to them meeting and that he knew how old she was when they had sex.

9

11. On October 13, 2020 a search warrant issued by the Superior Court of California, County of Fresno was executed at 2345 S. Terry Ave, Fresno, CA 93725. CONTRERAS had been living at that address. CV had told investigators that she had sex with CONTRERAS in his bedroom. Several items that the CV had described were found in the room, including a pillowcase, grey sheets, and a red blanket. CONTRERAS was arrested and charged with violating California Penal Codes 288(a) (Lewd acts with a minor); 288.4(b (Arranging a meeting with a minor for lewd purposes); 288.3(a) (Contacting a minor with intent to commit certain felonies); and PC 12022.1 (Committing a felony while on bail).

12. On October 13, 2020, CV gave permission for police to download information from her phone. Fresno County Sheriff's Office Detective Scott Schwamb extracted data from the phone, an Apple iPhone Model Number MQ6X2, on the same day. Messages between the CV and 559-726-0032 (the phone number assigned to and used by CONTRERAS) were found on CV's phone. The following is an account of text messages found on CV's phone between CV and 559-726-0032 (CONTRERAS). October 05, 2020 559-726-0032 said "Hey gorgeous it's Chris I'm on lunch wyd sexy". Chris later asked, "you think I can get a pic gorgeous and do I slide

10

after I get off". CV sent a selfie photo to Chris. Chris asked CV "How old are you?" and CV responded "19". Chris asked CV "I like that do you drive?" and CV said "no". Chris said, "Do you wanna drive me around on my days off lol" and CV replied "I don't have parents so I never learned how to drive". Chris said he will "For show than I'll help you get your license than". Chris asked, "Could I get one more pic of your fine ass" and CV sent a picture of herself from the waist up while she was wearing a T-shirt.

    13. On October 06, 2020, Contreras and the CV arranged to meet. CV gave Chris her address and Chris said, "I'll be there in 20 min" and later "Here". On October 07, 2020 Chris said, "Can I hit again sexy". Chris also asked, "Could I get a pic of your fine ass". On October 10, 2020 Chris asked, "you down to maybe kick it between Monday and Thursday" and "Could I please get a pic sexy and I'll send one too". CV responds "no". Chris said, "Not even an old one". CV said "no" and "I don't send pictures". Chris told CV that he would let her drive his car and "I promise I'm just tryna cuddle and maybe eat you out if you let me" and then later "Can we fuck more than once next time I see your fine ass". CV then told Chris she was at a hotel and needed a ride home. CV asked

11

for him to pick her up or get her an Uber. Chris said he would pick her up after he got off work and said he was on his way. Chris then said, "And if it's cool I maybe get a booty pic". On October 11, 2020 Chris ased, "Could I get a pic". CV sent a picture of a female buttocks showing an exposed thigh from the side with both butt cheeks visible. In the picture, the female is wearing thong underwear. On October 13, 2020, CV said, "You coming to get me right?" and Chris said "Ya" and "Here". Approximately an hour later, Chris said, "Hey my girl is gonna txt you can you just lie and say we're friends" and "We didn't fuck we just smoked".

    14. On the basis of the information contained in this affidavit, I believe that there is probable cause to conclude that Christopher Jose CONTRERAS has committed violations of 18 U.S.C. § 2422(b).

    15. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not every fact related to this investigation has been included.

    I declare under penalty of perjury under the laws of the United States that the information above in paragraphs 1-15 is true and correct.

_____
Kristin Berggren, Special Agent
Homeland Security Investigations


Sworn to me in accordance with Fed.R.Crim.P. 4.1 by email and telephone,

This __7th__ day of June 2020.

_____
Honorable Sheila K. Oberto
United States Magistrate Judge

13